# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| AISA FERATOVIC,<br><br>                       Plaintiffs,<br><br>v.<br><br>ALBERT PARIENTE-COHEN, et al,<br><br>                      Defendants. | CASE NO. 3:21-cv-10167<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL PARTIES** |
|---|---|
| MIRVETA BEKTESEVIC,<br><br>                       Plaintiffs,<br><br>v.<br><br>ALBERT PARIENTE-COHEN, et al,<br><br>                      Defendants. | CASE NO. 3:21-cv-00607 |

The within matter having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the within matter be hereby dismissed **with prejudice, as to all parties.**

GARCES, GRABLER & LEBROCQ
Attorney for Plaintiff(s) Aisa Feratovic

BY: _____
Christopher J. Mitchell, Esq.


STICKLEY LAW, LLC
Attorney for Defendant(s) Albert Pariente-Cohen

BY: _____
Robert S. Stickley, Esq.


TANGO, KICKINSON, LORENZO, MCDERMOTT & MCGEE, LLP
Attorney for Defendant(s) Mirveta Bektesevic

BY: _____
Richard M. Tango, Esq.

Date: February 12, 2024

SO ORDERED

_____
Robert Kirsch, U.S.D.J.
Date: 2/20/24